**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                         **CRIMINAL ACTION NO. 4:06CR124-P-D**

**JIMMY WINEMILLER,**                                    **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant Jimmy Winemiller's Second Motion to Compel Prompt Disclosure of *Brady* and *Giglio* Documents and Information [213]. After due consideration of the motion and the response filed thereto, the court finds that the motion should be denied as premature.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Jimmy Winemiller's Second Motion to Compel Prompt Disclosure of *Brady* and *Giglio* Documents and Information [213] is **DENIED**.

**SO ORDERED** this the 8th day of September, A.D., 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE