**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

UNITED STATES OF AMERICA,

VS.                                               CRIMINAL ACTION NO. 4:06CR124-P-D

JIMMY WINEMILLER,                                 DEFENDANT.

### ORDER

This matter comes before the court upon Jimmy Winemiller's July 21, 2010 motion to modify this court's Order granting his motion for temporary return of passport and permission to travel to Canada [291]. After due consideration of the motion – and being advised that the Government does not object – the court concludes that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Jimmy Winemiller's July 21, 2010 motion to modify this court's Order granting his motion for temporary return of passport and permission to travel to Canada [291] is **GRANTED**; accordingly,

(2) The court's July 19, 2010 Order is hereby modified to extend permission to travel from August 8 to August 16, 2010 from Memphis, Tennessee to Troy, Michigan and Canada. The defendant is also ordered to return his passport to the Clerk's Office no later than August 18, 2010.

**SO ORDERED** this the 29th day of July, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE